**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| JENS R. DAVISON, | Case No. 2:25-cv-00576-JHC |
| Plaintiff, | **STIPULATED MOTION TO FILE THE** |
| | **ADMINISTRATIVE RECORD UNDER** |
| v. | **SEAL AND ORDER** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

For good cause, Plaintiff Jens R. Davison ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential" or "Defendant") (collectively the "Parties") respectfully move the Court to grant their stipulated motion to allow the administrative record ("AR") to be filed under seal.

1.     On July 11, 2025, the Parties satisfied their meet and confer requirement by teleconference. *See* Joint Status Report and Discovery Plan (ECF No. 10, ¶ 11.iv). The Parties further discussed this stipulated motion by e-mail on February 17, 2026. The participants in each conference were R. Darrin Class, Roy Law Group, for Plaintiff and Shelley R. Hebert, Seyfarth Shaw LLP, for Defendant.

2.     This case involves a dispute over Plaintiff's eligibility for long-term disability ("LTD") benefits under an employee welfare benefit plan governed by the Employee Retirement

STIPULATED MOTION & ORDER TO FILE ADMINISTRATIVE RECORD UNDER SEAL
[NO. 2:25-CV-00576-JHC] - 1

Income Security Act, 29 U.S.C. §1001, et seq. ("ERISA"). The AR contains Plaintiff's highly sensitive medical information. The Parties agree that filing the AR under seal in this case is appropriate because Plaintiff's privacy interests far outweigh the public interest in access to the files.

3.      The Parties agree that filing under seal is more economical, from both a human and financial resource perspective, than the alternative of redacting the AR. More specifically, the AR produced by Defendant contains over 3,500 pages with numerous references to Plaintiff's Social Security number and date of birth, which would require considerable time and effort to redact. Further, given the minimal public interest in accessing the highly sensitive medical information of Plaintiff that comprises a significant portion of the AR, the Parties respectfully submit that the expense and burden of redaction outweighs the more economical option of simply filing the AR under seal in this matter.

4.      Pursuant to LCR 5(g)(3)(A), the Parties certify that:

   a.   The conferencing details noted above are true and correct.

   b.   The need to file the AR to be filed under seal was discussed with emphasis on the sensitive nature of the medical information therein and the undue burden caused by redacting the AR, which is over 3,000 pages.

   c.   Attempts to minimize the amount of material filed under seal would be impractical and unduly burdensome, since the AR is principally composed of the highly sensitive medical records of Plaintiff and discussion of such highly sensitive information in the context of Prudential's LTD benefits decisions.

5.      For the reasons provided, the Parties respectfully move the Court to grant the stipulated motion to file the AR under seal.

Respectfully submitted this 25th day of February 2026.

ROY LAW GROUP                          SEYFARTH SHAW LLP


/s/ R. Darrin Class                    /s/ Lauren Parris Watts
R. Darrin Class, WSBA #21925           Lauren Parris Watts, WSBA #44064
Roy Law Group                          Seyfarth Shaw LLP
1000 SW Broadway, Suite 900            999 Third Avenue, Suite 4700
Portland OR 97205                      Seattle, WA  98104-4041
Phone: 503-206-4313                    T:  206.946.4970 F:  312.460.7000
Facsimile: 855-344-1726                lpwatts@seyfarth.com
darrin@roylawgroup.com
Attorneys for Plaintiff                /s/ Shelley R. Hebert
                                       Shelley R. Hebert, Esq. (*pro hac vice*)
                                       Seyfarth Shaw LLP
                                       233 Wacker Drive, Suite 8000
                                       Chicago, IL  60606-6048
                                       T: 312.460.5000   F: 312.460.7000
                                       shebert@seyfarth.com

                                       /s/ Ian H. Morrison
                                       Ian H. Morrison, Esq. (*pro hac vice*)
                                       Seyfarth Shaw LLP
                                       233 Wacker Drive, Suite 8000
                                       Chicago, IL  60606-6048
                                       T: 312.460.5000   F: 312.460.7000
                                       imorrison@seyfarth.com
                                       Attorneys for Defendant

STIPULATED MOTION & ORDER TO FILE ADMINISTRATIVE RECORD UNDER SEAL
[NO. 2:25-CV-00576-JHC] - 3

## ORDER

Based on the Stipulated Motion to File The Administrative Record under Seal, it is ORDERED that the Stipulated Motion is granted for good cause and the parties shall now file the Administrative Record under seal.

DATED this 25th day of February 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION & ORDER TO FILE ADMINISTRATIVE RECORD UNDER SEAL
[NO. 2:25-CV-00576-JHC] - 4