UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JENS R. DAVISON,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Defendant.

Case No. 2:25-cv-00576-JHC

**ORDER**

Upon consideration of the Parties' Stipulated Motion for Extension of Case Deadlines, Dkt. # 14, it is hereby ORDERED:

The Parties Motion is GRANTED, and the new case deadlines are as follows: administrative record to be filed by May 4, 2026; cross-motions for trial on the administrative record under FRCP 52 due June 2, 2026; response briefs due June 30, 2026.

DONE AND ORDERED this 4th day of March, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 2:25-CV-00576-JHC