IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| JENS R. DAVISON,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>Defendant. | Case No. 2:25-cv-00576-JHC<br><br>ORDER OF DISMISSAL |

The Court having been informed by counsel for the parties that this action has been settled, and the parties having jointly moved for dismissal (Dkt. # 17), **IT IS ORDERED** that, pursuant to FRCP 41(a)(2), this action is dismissed with prejudice and without fees or costs and with leave, upon good cause shown within thirty (30) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated.  Pending motions, if any, are denied as moot.  All pretrial deadlines and any trial date are stricken.

DATED May 13, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE